IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| LEON HAWKINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case Nos.  1:23-cv-01269-JDB-jay |
| | )                         1:24-cv-01018-JDB-jay |
| RON CARPENTER, et al, | ) ) |
| Defendants. | ) |

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

Before the Court are the complaints filed by Leon Hawkins, proceeding pro se, under 42 U.S.C. § 1983 in case numbers 1:23-cv-01269-JDB-jay and 1:24-cv-01018-JDB-jay. By Administrative Order, these matters were referred to the United State magistrate judge for management of all pretrial matters and for determination and/or report and recommendation. Magistrate Judge Jon A. York conducted a screening review of both complaints under 28 U.S.C. § 1915(e)(2)(B) because Plaintiff is proceeding in forma pauperis. After reviewing the allegations, Judge York recommended dismissal of both actions under Federal Rule of Civil Procedure 12(b)(1). The parties have filed no objections to the Magistrate Judge's report and recommendation and the time for doing so has expired. Accordingly, upon review of the record, the report and recommendation is ADOPTED and the actions are DISMISSED with prejudice.

IT IS SO ORDERED this 5th day of March 2024.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE